UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYON BREEZE, JR., *Plaintiff*, v. SUNGLASS HUT TRADING, LLC, *et al.*, *Defendants*. | 1:22-cv-00920-DLF **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 41(a)(10(A)(i), Plaintiff Bryon Breeze, Jr. hereby voluntarily dismisses this action with prejudice.

Dated: August 9, 2022

BASHIAN & PAPANTONIOU, P.C.

By: *Erik Bashian*
Erik M. Bashian, Esq.
Bashian & Papantoniou, P.C.
500 Old Country Road, Ste 302
Garden City, NY 11530
Telephone: (305) 949-7777
E-mail: eb@bashpaplaw.com
*Attorneys for Plaintiff*